IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 FEB 28 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Myron James 144470 )
Full name and prison name of )
Plaintiff(s) )
)
v. )   CV-00557-CVC
)
Richard Jamieson )   CIVIL ACTION NO. 2:08CV146-F
JC Giles )   (To be supplied by Clerk of U.S. District
LT. Henderson )   Court)
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑  NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Alabama · Myron James

            Defendant(s) Jamieson, etc. Giles

        2.  Court (if federal court, name the district; if state court, name the county)

            Middle District # 2:01-CV-00557-CSC
            circuit court Mobile 85-3490 cc 86-70

3. Docket number _CV-00557-CSC_

4. Name of judge to whom case was assigned _Charyle S Coody, Montgomery_ _Michael Toghby, Mobile_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

6. Approximate date of filing lawsuit _May 7, 2001 & 1988, in circuit_

7. Approximate date of disposition _July 22, 2003_ _circuitC._ _& July 21, 1986_

II. PLACE OF PRESENT CONFINEMENT _Holman Corr. Fac_ _3700 Holman Unit, Atmore, Al. 36503_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _AT Ventress Correction Facility, Barbour County & Mobile County Jail._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                    ADDRESS

1. _Lt. Henderson is (one)_
2. _unknown officers at Ventress Corr. Fac_
3. 
4. _And Mobile County Jail House_
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Feb 21, 2001_ _And Oct 10, 1988_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _That I was beat no only by COI Jamieson After COI Jamieson beat me by hiting me in the Eye (left) other Arresting officer came along and beat me along with Lt. Henderson while going to the Infirmary. My Face was Ran into the wall by officers._

#2 _I was Rail Roaded into the Penitentiary_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Lt. Henderson was over them and Sgt (Lady) unknown told them to stop Beating me by hitting me wit patone

#2 That i Pleaded guilty because I was scared I was going to get life Imprison w/thout parole

GROUND TWO: My Head was ham into the corner of a brick wall

#2 I done to much time for A 3 degree offence

SUPPORTING FACTS: Nurse Has to put bandits on my left (face) eye

#2 3 degree Rob A- escape don't carry no 25 years.

GROUND THREE: When i got into the Infurmary the officer their tryed to knot out my (Nucks) sacks.

#2 I was not Arrested in the Area The Robbery occured.

SUPPORTING FACTS: Because the w/officer tried to be slick by hitting me in the sacks.

I was with my sister the time of the incident shes decease And more They let the Girl go that was with me Robin Patterson. I was out at the world Fair and she can totifile to it.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be paid for every day i service in the Pententary # I would like to be release under my own recountry and officer defendants be roscricp from the State of Alabama.

_____Myron S James_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-28-08__
              (Date)

_____Myron Jones_____
Signature of plaintiff(s)

NEW Evident                                         2/28/08

(Lt Henderson)

I would like to file my complaint against the officer's that beat me after me and Mr. Jamieson had it out. But the name or unknown. But I do no their name is the ones that took me to the Infirmary. AKA The Arresting officer's. They beat me and ran my head (Force Head) into the corn of the Brick wall in the Infirmary. Scares on the eye, witness, see Medical Report. That occure Feb 21, 2001 at Ventress Correctional Facility. A Lady Sergent, A Lieutend assaulted me 1 more officer. I would like to call my witness back too. Senior Douglas. Atmore Fontain. I would like a Attorney to represent me because I am a Mental Patient (2) I take Phycho Medication) And you shouldn't put Pyscho patient Imprisonment. I seen their name In the report that was sent to me during the time suit against officer Jamieson;

Case NO-85-3190 86-70 MOb/co

I would like to Be release because I am innocent of the case I'm Imprisonment for. They say I was robbing a man in the Mobile Area. But they did not catch me in the Area. My sister testifile at my Trail Feb 24, 1986 That I was with her at the time of the incident. That I had a Mistrail Feb 24, 1986 Judge Michael Zoghby. I pleady Guilty About July 21, 1986 Because I was scared I was going to get life Imprisonment with/ paroles But now I want to face up to it and I want out. I'm willing to make that sypcrofile. cause I made up my mind that i have a wife & son. well sence I been confident my wife devorce me, Because I got to much time on a 3 degree Sentence. I would like to be paid for each day that I serve in the penitentary and also I got to much time for escape running CC

Myron James 194470
3700 Holman Unit #bed L-20
Atmore, Ala 36503

[L/M] [L/M]

UNITED STATES POSTAGE PITNEY BOWES
02 1M $ 00.58⁰
0004251327 FEB 27 2008
MAILED FROM ZIPCODE 36502

...correspondence is forwarded from an Alabama ... The contents ... been evaluated, ... Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Middle District of Alabama
Clerk United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

LEGAL MAIL ONLY

36101+0711