IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRON S. JAMES, #144470, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08cv146-MEF |
| ) | (WO) |
| RICHARD JAMIESON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 4, 2008, (Doc. # 3), that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this the 25th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE